# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

JULIA E. ANTILLA, et al. [redacted]6-139 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 81(d)] Jules Bernstein

Firm Name: Bernstein & Lipsett, P.C.

Post Office Box:

Street Address: 1920 L Street, N.W., Suite 303

City-State-Zip: Washington, D.C. 20036

Telephone & Telecopier Numbers: (202) 296-1798 (202) 296-7220 fax

Is the attorney of record admitted to the Court of Federal Claims Bar? yes

If NO, please call (202) 219-9697 for admission papers and instructions.

Nature of suit code: 3 0 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: V A R

See attached Sheet for thee digit code.

Amount Claimed: $ To be determined

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this case is related to any pending or previous case your are **required** to file a separate notice of related case(s). See RCFC 77(f)(2) (General order No. 36)

8/4/95

ALPHABETIZED, NUMBERED LISTING OF PLAINTIFFS

1. JULIA E. ANTILLA
2. LEWIS D. COLOSIMO
3. SUSANNAH F. HERKERT
4. MICHAEL D. KUPCHICK
5. BRENDA LAW
6. ALLAN R. LOVAS
7. JOHN S.M. PALOMO
8. THOMAS W. PREVOZNIK
9. ERIC ZAKRZEWSKI