# In the United States Court of Federal Claims

No. 06-139 C
(Filed June 21, 2006)

* * * * * * * * * * * * * * * * * * * * * *
JULIA E. ANTILLA, et al., *
*
*Plaintiffs,* *
*
v. *
*
THE UNITED STATES, *
*
*Defendant.* *
* * * * * * * * * * * * * * * * * * * * * *

**PRELIMINARY SCHEDULING ORDER**

On June 16, 2006, the parties, pursuant to Appendix A, ¶ 4 of the Rules of the United States Court of Federal Claims (RCFC) filed their joint preliminary status report (JPSR). Therein, the parties reported that they do not intend to file motions pursuant to RCFC 12(b) or 12(c) and, on April 7, 2006, plaintiffs' counsel delivered a proposed settlement agreement to defendant which, if approved, would settle all issues except for the driving issue.[1] Plaintiffs' counsel states that if the settlement agreement is not approved by August 31, 2006, he intends to file a dispositive motion. Defendant reports that the government anticipates responding to plaintiffs' proposed settlement agreement by August 31, 2006.

Accordingly, it is hereby **ORDERED** that:

(1) Defendant is directed to **respond** to plaintiffs' proposed settlement agreement on or before **August 31, 2006**.

---

[1]/ The parties propose to defer litigation of the driving time issue pending the outcome of the appeal of this issue in *Stephen S. Adams v. United States*, No. 90-162 and consolidated cases, *appeal docketed*, No. 06-5040 (Fed. Cir.), and also in *James J. Aaron v. United States*, No. 96-373, *appeal docketed*, No. 06-5041 (Fed. Cir.), a case which has been consolidated with *Adams*, No. 90-162.

(2) Absent the approval of the settlement agreement, plaintiffs' counsel shall be allowed to **FILE** a **dispositive motion** on or before **October 31, 2006**.

(3) Further proceedings relating to work-home driving issues and damages shall be **DEFERRED** pending the resolution of *Adams v. United States, No. 90-162C*.

s/Lynn J. Bush
LYNN J. BUSH
Judge